**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAY 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VINTON P. FROST, | No. 20-15063 |
| Plaintiff-Appellant, | D.C. No. 4:19-cv-07144-PJH |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Phyllis J. Hamilton, District Judge, Presiding

Submitted May 18, 2021[**]

Before:     CANBY, FRIEDLAND, and VANDYKE, Circuit Judges.

Vinton P. Frost appeals pro se from the district court's judgment dismissing his action alleging a variety of federal statutory violations. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a district court's dismissal of an action as frivolous. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We affirm.

The district court did not abuse its discretion by dismissing Frost's action as frivolous because Frost's complaint, liberally construed, lacks an arguable basis in fact. *See id*. at 32-33 (explaining that a claim lacks an arguable basis in fact "when the facts alleged rise to the level of the irrational or the wholly incredible").

We reject as without merit Frost's contention that the district court ignored a request to add a defendant to Frost's complaint.

**AFFIRMED.**